MILLER (Arthur), Respondent, vs. WELWORTH THEATRES OF WISCONSIN, Appellant.

*February 9—March 6, 1956.*

For the appellant there was a brief by *Lees & Bunge* and *James C. McKenzie,* and oral argument by *Mr. McKenzie* and by *Mr. John S. Coleman,* all of La Crosse.

For the respondent there was a brief by *Johns, Roraff, Pappas & Flaherty* of La Crosse, and oral argument by *Robert D. Johns.*

FAIRCHILD, C. J.   The facts involved in this case are similar to those in the case of *Miller v. Welworth Theatres,* ante, p. 355, 75 N. W. (2d) 286, and are governed by the same principles. The order appealed from is reversed.

*By the Court.*—Order reversed, and cause remanded for further proceedings according to law.